JIMOH ADEYEMI, ADENIYI AKINWALE, AYED ALABADDI,
AHMAD ALABBADI, FOUAD ALABBADI, GBENGA ALAMU,
OLANREWAJU ASIFAT, ADRIAN AVILA, TAIWO AYORINDE,
AKEEN BAKARE, TERRY BAKER, ADISA BALE,
EDWARD BLACK, ASABI BOLADALE, HERMAN BROWN,
JUAN CAUDILLO, AARON COMPTON, CORNELIUS DARAMOLA,
ADRIAN DELGADO, JOSE DIAZ, MICHAEL DUNNING,
BRUCE ELLISON, MICHAEL ESCAMILLA, ANTHONY FAISON,
JESUS FARIAS, DETRICK FIELDS, DAPHNE FLEMING, MICHAEL GALINDO,
ERICK GARCIA, GOKE GBOYEGA, SOLOMON GEBREGIORGIS,
LAMONT GILBERT, AYODELE GISANRIN, ARMANDO GRAJEDA,
MARIO GREGORY, KEVIN HAMILTON, WILLIAM HARDING,
DAKOTA HEATHCOAT, AGUSTIN HERNANDEZ, REYNALDO HERNANDEZ,
DANIEL HEYE, III., MARK HILL, ALIREZA HONARVARAN,
JABREE JIVENS, JEFFREY JOHNSON, RICHARD JOHNSON,
ADEBOLA KOMOLAFE, MICHAEL KIRKSEY, RONALD LEE,
DOMINICK LUCERO, MICHAEL MCCLAIN, JASON MILLER, OSCAR MIRANDA,
TIMOTELLO MIRANDA, ARTURO MORALES, STEVEN NEWMAN,
IHUMANYA NWOKOCHA, VICTOR OBIOMAH, OLAKUNLE OGUNDEJI,
OLUKAYODE ONABANJO, ABIODUN ONAFADEJI, RICARDO PRIETO,
ROLANDO PRUITT, RICARDO PUENTE, JESUS RAMIREZ, ANGEL REY,
ARTURO ROYVAL, ANDREW RUFFIN, ALBERTO SANTILLANO,
CRUZ SERBANTEZ, NURENI SOBAJO, LORENZO SOTO,
OLUFEMI SOWEMIMO, RUSSELL THOMAS, KEVIN THOMPSON,
SERGIO VEGA, MARCUS WALKER, DOYLE WASHINGTON,
JAMES EDWARD WILLIAMS, JR., ARMANDO WILSON, JOEY WILSON,

        Plaintiffs,
vs.

MAXUM PETROLEUM OPERATING COMPANY,
and PILOT THOMAS LOGISTICS, LLC.,

        Defendants.
_____/

# **COMPLAINT**
*(Jury Trial Demanded)*

The above-captioned Plaintiffs (Hereinafter collectively "Plaintiffs"), through counsel, sues Defendants, MAXUM PETROLEUM OPERATING COMPANY and PILOT THOMAS LOGISTICS, LLC. (Hereinafter "Defendants"), and allege the following:

## JURISDICTION AND VENUE

1. This is an action for damages and this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because this case is brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as the Western District of Texas has personal jurisdiction over Defendants because they are doing business in this judicial District and/or because a substantial part of the events giving rise to the claim occurred in this district.

## PARTIES

3. The following Plaintiffs to this action are all former or current hourly overtime non-exempt employees of Defendants:

| First & Last Name | START | END | Position | Main State | Other State |
|---|---|---|---|---|---|
| Jimoh Adeyemi | 12/08/14 | Present | Frac Tech | TX | NM |
| Adeniyi Akinwale | 03/02/15 | 09/20/15 | Driver | TX | |
| Ayed Alabaddi | 10/01/14 | Present | Driver | TX | NM |
| Ahmad Alabbadi | 10/01/14 | 07/01/15 | Helper | TX | NM |
| Fouad Alabbadi | 05/01/14 | 08/01/15 | Driver | TX | NM |
| Gbenga Alamu | 05/24/14 | Present | Frac tech | TX | |
| Olanrewaju Asifat | 07/07/14 | Present | Frac Tech/Driver | TX | |
| Adrian Avila | 02/20/14 | Present | Driver | TX | |
| Taiwo Ayorinde | 04/01/14 | Present | Frac driver | TX | |
| Akeen Bakare | 12/15/14 | Present | Frac Tech | TX | NM |
| Terry Baker | 4/1/2014 | 05/01/15 | Frac Driver | NM | TX |
| Adisa Bale | 01/05/15 | 08/01/15 | Frac Tech | TX | |
| Edward Black | 02/01/12 | 05/01/15 | Driver | TX | |
| Asabi Boladale | 12/01/14 | Present | Frac Tech | TX | |
| Herman Brown | 11/01/13 | Present | Frac Driver | TX | |
| Juan Caudillo | 09/28/14 | 09/10/15 | Frac Tech | TX | |
| Aaron Compton | 11/02/14 | Present | Fuel Tech | TX | |
| Cornelius Daramola | 04/01/14 | present | Frac Driver | TX | NM |

| First & Last Name | START | END | Position | Main State | Other State |
|---|---|---|---|---|---|
| Adrian Delgado | 06/01/12 | 08/01/15 | Driver | TX | NM |
| Jose Diaz | 06/01/14 | 10/01/14 | Fuel Tech | TX | |
| Michael Dunning | 04/01/11 | 08/01/15 | Lead Driver | TX | |
| Michael Escamilla | 01/01/14 | Present | Frac Driver | TX | |
| Anthony Faison | 02/01/14 | 05/01/15 | Driver | TX | |
| Jesus Farias | 01/20/14 | 03/30/15 | Frac Driver | TX | |
| Detrick Fields | 02/01/14 | 06/15/15 | Frac Driver | TX | |
| Daphne Fleming | 06/06/12 | Present | Frac Driver | TX | |
| Michael Galindo | 09/01/13 | Present | Driver | TX | |
| Erick Garcia | 12/16/13 | Present | Frac Tech Supervisor | TX | |
| Goke Gboyega | 01/01/15 | 07/01/15 | Frac Driver | TX | |
| Solomon Gebregiorgis | 03/05/15 | Present | Frac Tech | TX | |
| Lamont Gilbert | 01/06/14 | 10/11/15 | Frac Driver | TX | ND |
| Ayodele Gisanrin | 03/19/14 | 08/23/15 | Frac Tech | TX | |
| Armando Grajeda | 05/09/14 | 08/15/15 | Driver | TX | |
| Mario Gregory | 09/22/14 | Present | Frac Tech | ND | |
| Kevin Hamilton | 12/01/14 | Present | Frac Driver | TX | |
| William Harding | 03/01/13 | 07/01/15 | Frac Driver | TX | |
| Dakota Heathcoat | 08/22/14 | 03/23/15 | Frac Helper | TX | |
| Agustin Hernandez | 09/01/13 | 07/01/15 | Fuel Tech | TX | |
| Reynaldo Hernandez | 03/12/12 | present | Driver | TX | |
| Daniel Heye III | 12/03/14 | Present | Frac tech | TX | NM |
| Mark Hill | 02/01/14 | 04/01/15 | Frac Driver | TX | ND |
| Alireza Honarvaran | 08/11/14 | 07/11/15 | Driver | TX | |
| Jabree Jivens | 6/1/2014 | 05/01/15 | Frac Tech | NM | TX |
| Jeffrey Johnson | 08/01/11 | 03/08/15 | Frac Driver | TX | |
| Richard Johnson | 08/04/13 | 10/02/15 | Frac Driver | TX | |
| Adebola Komolafe | 12/01/14 | 06/01/15 | Helper | TX | |
| Michael Kirksey | 07/01/13 | 08/27/15 | Driver | TX | |
| Ronald Lee | 01/07/14 | 05/02/15 | Frac Driver | TX | |
| Dominick Lucero | 07/06/14 | 05/02/15 | Frac Tech | TX | |
| Michael McClain | 10/30/13 | 06/17/15 | Frac Driver | TX | ND, CO, Utah, IL |
| Jason Miller | 11/01/12 | Present | Driver | TX | |
| Oscar Miranda | 04/01/14 | 02/01/15 | Frac Driver | TX | |
| Timotello Miranda | 08/01/14 | 09/18/15 | Frac Tech | TX | |

| First & Last Name | START | END | Position | Main State | Other State |
|---|---|---|---|---|---|
| Arturo Morales | 11/01/14 | 03/22/15 | Frac Tech | TX | NM |
| Steven Newman | 12/15/12 | Present | Fuel Tech | TX | |
| Ihumanya Nwokocha | 06/04/14 | 09/30/15 | Frac Driver | TX | |
| Victor Obiomah | 05/07/14 | Present | Frac Tech | TX | |
| Olakunle Ogundeji | 12/16/13 | 08/01/15 | Driver | TX | |
| Olukayode Onabanjo | 04/25/14 | Present | Helper | TX | LA |
| Abiodun Onafadeji | 04/01/14 | 05/01/15 | Frac Driver | TX | |
| Ricardo Prieto | 08/01/12 | Present | Frac Driver | TX | |
| Rolando Pruitt | 03/25/14 | Present | Frac Tech | ND | |
| Ricardo Puente | 09/27/14 | Present | Warehouse assistant | TX | |
| Jesus Ramirez | 07/01/14 | Present | Frac Tech / Warehouse Assistant | TX | |
| Angel Rey | 08/01/14 | Present | Frac Tech | TX | |
| Arturo Royval | 04/01/14 | 04/01/15 | Driver | TX | |
| Andrew Ruffin | 06/16/14 | 6/31/2015 | Frac Tech | TX | |
| Alberto Santillano | 02/01/12 | Present | Frac Driver | TX | |
| Cruz Serbantez | 01/19/15 | 05/21/15 | Frac Driver | TX | |
| Nureni Sobajo | 12/15/14 | 08/03/15 | Frac Tech | TX | |
| Lorenzo Soto | 06/06/14 | 09/01/15 | Fuel Tech | TX | |
| Olufemi Sowemimo | 08/01/14 | 04/23/15 | Frac Driver | TX | |
| Russell Thomas | 09/15/12 | 02/19/15 | Frac Tech | TX | |
| Kevin Thompson | 01/01/15 | 08/24/15 | Frac Tech | TX | |
| Sergio Vega | 08/01/13 | Present | Frach Tech | TX | |
| Marcus Walker | 10/24/14 | 06/22/15 | Fuel Tech | TX | |
| Doyle Washington | 11/22/14 | 08/24/15 | Frac Driver | TX | |
| James Edward Williams, Jr. | 09/27/11 | Present | Frac Tech | TX | |
| Armando Wilson | 01/05/15 | 11/04/15 | Driver | TX | |
| Joey Wilson | 05/17/13 | Present | Driver | TX | |

4. From January 2013 to the present, Defendants employed the various Plaintiffs as Frac drivers, Fuel technicians, Frac fuelers as well as other non-exempt hourly positions as more fully referenced above.

5. At all relevant times, Plaintiffs were employees of Defendants for FLSA purposes and are either past or current employees of Defendants.

6. Defendant, Maxum Petroleum Operating Company d/b/a Pilot Logistics Services and also d/b/a M Petroleum Operation Company and f/k/a as Western Petroleum, Inc. is a Delaware corporation with business operations throughout the United States including but not limited to the State of Texas.

7. Defendant, Pilot Thomas Logistics, LLC is a Utah limited liability company doing business in Texas.

8. At all times material hereto, Defendants were engaged in commerce in the field of petroleum product/gas fueling and servicing of Frac sites.[1]

9. At all times material hereto, Defendants were the "Employer" of the Plaintiffs as that term is defined under statutes referenced herein; Specifically, Defendants engaged in interstate commerce by having its employees including Plaintiffs "handle or otherwise working on goods, materials including petroleum goods that have been moved in or produced for commerce, and Defendants each and/or as an aggregate had annual gross sales and/or business volume of $500,000 or more.

10. Plaintiffs bring this Complaint pursuant to the FLSA, 29 U.S.C. § 216(b) as hourly non-exempt employees who have not been compensated at the proper federally mandated hourly wage and corresponding overtime rate.

---

[1] A Frac site refers to an oil drilling location where oil can be extracted.

## FACTUAL BACKGROUND

11. Defendants failed or refused to pay its hourly employees including the instant Plaintiffs the proper overtime wages for all hours worked in excess of 40 hours per week with the majority of the Plaintiffs having routinely worked in excess of 60 hours per week.

12. Defendants' management directed and/or was aware of employees not being properly compensated for all hours worked.

13. As more fully described in this complaint herein, from on or about January 2013 to the present, Defendants employed a number of hourly overtime non-exempt employees.

14. Because of the remote locations, rough terrain, limited parking availability, strict schedules and security restrictions at the various Frac sites, Defendants mandated that all of the aforementioned employees come to the Defendants' utility site/yard location (Hereinafter "Yard") so as to secure rides to the Frac sites via company pick-up truck/shuttle (Hereinafter "Shuttle").

15. Despite having set schedules with no discretion whatsoever in modifying their Yard arrival times, when Plaintiffs arrived at the Yard, the Shuttle was often late requiring the employees to wait at the location until the shuttle arrived for which Defendants never tendered payment.

16. Upon arriving at the Yard to begin the shift and without being permitted to clock in, Plaintiffs were often required amongst other things to:

    a. Wait for the fuel bill of lading and other billing documents to be ultimately transported by them from the Yard to the Frac sites;

  b. Inspect the shuttle for damage, safety, mechanical worthiness and to replenish vital fluids;

  c. Gather and load various supplies, parts and equipment to be transported from the Yard for use at the Frac Site; and

  d. Locate vehicles at the Yard.

17. Despite the Plaintiffs actually beginning their respective workday at the Yard and duly performing activities which were an integral part of Plaintiffs' principal activities, Defendants failed to properly compensate Plaintiffs for said work at the required overtime rate.

18. From about January 2013 to December 2014, despite beginning their principal activity before commencing their shuttle ride from the Yard to the Frac site, Defendants chose to exclude said work time from any overtime calculations.

19. From about December 2014 to the present, despite beginning their principal activity before commencing their shuttle ride from the Yard to the Frac site, Defendants chose to exclude said work time from any overtime calculations and then once the commute from the Yard to the Frac commenced, instead of paying Plaintiffs the proper overtime rate based on the correct regular of pay, Defendants instead paid Plaintiffs at the incorrect preset mileage rate for distance travelled to and from the Yard and the Frac site and back to the Yard.

20. Upon concluding their work day and despite already having clocked out for the day, Plaintiffs would often be required amongst other things, to drive the shuttle

back to the yard, park the shuttle, dump waste including hazardous materials transported from the Frac site to the Yard, turn in keys and remit paperwork to the office and discuss any issues arising out of submission of the daily billing paperwork generated at the Frac site. Plaintiffs ended their work day at the Yard performing duties that were an integral part of the Plaintiffs' principal activities for which Defendants failed to properly compensate Plaintiffs for said work by excluding from and/or failing to compensate Plaintiffs and/or paying them for return travel time at a preset mileage rate which fell below Plaintiffs' proper overtime rate thereby violating in the past and continuing to present to violate the FLSA, 29 U.S.C. § 207(a)(1).

21. In addition to the above, Plaintiffs were entitled to receive various mandatory "bonuses" including but not limited to "safety bonuses." These payments were excluded from Plaintiffs' regular rate and overtime rate in violation of the FLSA, 29 U.S.C. § 207(e)(3)(a); 29 C.F.R. § 548.502.

22. Defendants willfully violated the FLSA by failing to pay Plaintiffs all overtime worked in excess of forty (40) hours per week and/or to pay overtime at the correct overtime premium rate.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for relief as follows:

a. An award of damages, including liquidated damages, to be paid by Defendants, joint and severally;

b. Costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees;

c. Pre-Judgment and Post-Judgment interest if liquidated damages are not awarded, or as provided by law; and

d. Any and all such other and further legal and equitable relief as this Court deems necessary, just, and proper.

        Respectfully submitted,

        Loren Law Group
        100 S. Pine Island Road
        Suite 132
        Plantation, FL 33324
        Phone:      (954)585-4878
        Facsimile:  (954)585-4886
        E-Mail:     JLoren@Lorenlaw.com

        */s/ James M. Loren*
        _____
        James M. Loren, Esquire